1052

[No. 72912-8-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACKARY ALLEN HOEG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00601-7, Richard T. Okrent, J., entered December 3, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.

[No. 72943-8-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL PARIS DARE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-01386-2, Ellen J. Fair, J., entered January 6, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 72960-8-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAHMAN S. SAKAWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-02949-3, William L. Downing, J., entered October 28, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Dwyer, JJ.

[No. 73035-5-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN BUMANGLAG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01541-7, Regina S. Cahan, J., entered January 22, 2015. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.